UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KIMBALL LODGE CONDOMINIUM
ASSOCIATION, INC.,

    Plaintiff;

v.                                        Case No.:

WRIGHT NATIONAL FLOOD
INSURANCE COMPANY,

    Defendant.

_____/

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, KIMBALL LODGE CONDOMINIUM ASSOCIATION, INC., ("Association") sues Defendant, WRIGHT NATIONAL FLOOD INSURANCE COMPANY ("Defendant"), and alleges:

**INTRODUCTION**

1. This is a disputed flood insurance claim under the National Flood Insurance Program ("NFIP") and the United States District Court for the district in which the insured property is located is vested with original subject matter jurisdiction over cases arising out of insurance claims arising under the NFIP.

2. Association is the entity under Chapters 718 and 617, Florida Statutes, responsible for the operation of the Kimball Lodge Condominium building located in Lee County, Florida, located at 3111 West Gulf Drive, Sanibel, Florida.

3. Association institutes this action in its own name and on behalf of its constituent members.

4. Defendant is a foreign for-profit private insurance company with its principal place of business in Florida and offering policies of insurance in Florida in the ordinary course of business, including the one at issue here. Defendant is a private insurer authorized by the Federal Emergency Management Agency to provide standard flood insurance policies in its own name.

5. The standard policies issued here are Residential Condominium Building Association Policy and requires suit be filed in the United States District Court of the district in which the insured property was located at the time of loss.

6. In consideration of a premium paid by Association, Defendant issued an insurance policy, bearing NFIP Policy Number 1151193904, which insured the subject condominium building against flood loss. A true and correct copy of the Flood Declarations Page and the Policy are attached hereto as **Composite Exhibit "A".**

7. Association has performed all conditions precedent to this action, or those conditions have been waived or excused.

8. Federal Code of Regulations 44 C.F.R. §62.23 permits the Association to initiate this action against Defendant directly.

9. The amount in controversy exceeds $75,000.

## COUNT I – BREACH OF CONTRACT
### (NFIP Policy Number 1151193904)

10. Association realleges and reincorporates Paragraphs 1-9 herein.

11. On or about September 28, 2022, Hurricane Ian passed through Lee County, Florida, causing the subject condominium to flood, as that term is defined under the flood insurance Policy, and causing damage to the condominium.

12. Association timely notified Defendant of the loss sustained, provided Defendant

with all the details surrounding the loss, allowed Defendant to study, inspect, and survey the property through its assigned adjuster.

13. Pursuant to 44 C.F.R. §62.23(d) and (i)(6). Defendant was and is responsible for arranging the adjustment, settlement, payment, and defense of all claims arising under the Policy.

14. Pursuant to 44 C.F.R. § 62.23(i)(l), Defendant was and is responsible for adjusting claims in accordance with general company standards, guided by NFIP Claims manuals.

15. Defendant issued a claim number to the loss and assigned an adjuster.

16. Defendant issued partial payment under the Policy.

17. Defendant failed to pay all the damages resulting from flood damage as required under the Policy.

18. Defendant's failure and refusal to honor the full extent of Association's claim or pay all benefits due and owing to Association constitutes a material breach of the Policy.

19. As a direct and proximate result of Defendant's breach of the Policies, Association and its constituent members have suffered and continue to suffer damages as recoverable under the Policy.

**WHEREFORE,** Association demands judgment against Defendant for money damages, together with costs of this action.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38, Federal Rules of Civil Procedure, Association hereby demands trial by jury on all issues so triable.

Dated this 19th day of July 2024

        BECKER & POLIAKOFF, P.A.
        *Attorneys for Plaintiff*
        Six Mile Corporate Park

        12140 Carissa Commerce Court, Suite 200
        Fort Myers, Florida 33966
        Telephone:  239-433-7707
        Facsimile: 239-433-2933
        Primary E-mail: apruss@beckerlawyers.com
        Secondary: bzabielinsky@beckerlawyers.com
        Secondary: courtmail@beckerlawyers.com

By: _____/s/ Aaron J. Pruss_____
        Aaron J. Pruss, Esquire
        Florida Bar No. 15656

LAW OFFICES
BECKER & POLIAKOFF
SIX MILE CORPORATE PARK • 12140 CARISSA COMMERCE COURT • SUITE 200 • FORT MYERS, FL 33966
TELEPHONE (239) 433-7707
4

25251525v.1 K13839/421438